AO 468 (01/09) Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 12-1008-01

PHILLIP BEYEL

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

_1-6-2012_
Date

_Phillip Beyel_
Defendant's signature

_[signature]_
Signature of defendant's attorney

STEPHEN J LANG   0137227
Printed name and bar number of defendant's attorney

201 S ORANGE AVE STE 300
Address of defendant's attorney

stephen_lange@fd.org
E-mail address of defendant's attorney

(407) 648-6338
Telephone number of defendant's attorney

(407) 648-6765
FAX number of defendant's attorney