UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GRANTED and SO ORDERED this
25 DAY OF January, 2012.

Gregory Kelly
GREGORY J. KELLY
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              Case No. 6:12-MJ-01008-GJK-1

PHILLIP BEYEL,

Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, PHILLIP BEYEL

COMES NOW the Office of the Federal Public Defender, by and through the undersigned attorney, and moves this Honorable Court to allow the office to withdraw as counsel for the Defendant, Phillip Beyel, and as grounds therefore, would show:

1. On January 6, 2012, the Office of the Federal Public Defender was appointed to represent the Defendant, Phillip Beyel, in this case. Doc. 4.

2. The Defendant, Phillip Beyel, has retained private counsel, Alan Samuel Diamond, 3962 W. Eau Gallie Blvd., Melbourne, FL 32934 321-953-0104 Email: alan@fsdcrimlaw.com, to represent him in the above-styled case. Attorney Alan Samuel Diamond, filed his Notice of Appearance on January 23, 2012. Doc. 8.

3. The Office of the Federal Public Defender, specifically, Assistant Federal Public Defender, Stephen J. Langs, moves to withdraw as counsel for the Defendant, Phillip Beyel.

WHEREFORE, the Office of the Federal Public Defender prays that this Honorable Court allow the office to withdraw as counsel for the Defendant, Phillip Beyel.