UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 6:12-mj-01008-GJK

Phillip BEYEL,

    Defendant.
_____/

## Waiver of 30 Day Requirement for Indictment and Speedy Trial Pursuant to 18 U.S.C. § 3161(b).

**COMES NOW**, Alan Diamond, Kepler B. Funk, and Keith Szachacz of Funk, Szachacz & Diamond, LLC., 3962 West Eau Gallie Blvd. Suite B, Melbourne, FL 32934 on behalf of Phillip Beyel and hereby files this waiver of speedy trial as to the 30 day requirement that Phillip Beyel be indicted under 18 U.S.C. § 3161(b).

Beyel understands his rights to a speedy indictment and avers that the ends of justice are best served by the granting of such continuance and outweigh the best interests of the public and himself under 18 U.S.C. § 3161(h)(8)(a). Beyel request the court grant his request and toll the time period for indictment until February 28, 2012.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the United State's Attorney's Office by CMECF delivery this 27th day of January, 2012.

_____  _____
Phillip Beyel

**Alan S. Diamond, Esquire**
**Kepler B. Funk, Esquire**
**Keith F. Szachacz, Esquire**
FUNK, SZACHACZ & DIAMOND, LLC
3962 West Eau Gallie Blvd. Suite B.
Melbourne, Florida 32934
(321) 953-0104
Florida Bar No. 0949698, 957781 & 973866
alan@fsdcrimlaw.com, kep@fsdcrimlaw.com
Attorneys for Defendant